**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA      v.    CHRISTOPHER J. MEDEIROS  

THE HONORABLE JOHN W. SEDWICK      CASE NO.   3:01-cr-00040-JWS  

      Deputy Clerk                Official Recorder

      Pam Richter          

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

_____

         The order at docket 52 was inappropriately entered by the clerk and is hereby VACATED.  The court continues to await for the lodging of an appropriate proposed order for use in ruling on the motion for release of funds at docket 50.

                                    ENTERED AT JUDGE'S DIRECTION
DATE:  December 27, 2006            INITIALS:  prr  
                                          Deputy Clerk

[FORMS*IA*]