NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>CHRISTOPHER J. MEDEIROS,<br><br>                    Defendant. | Case No. 3:01-cr-040-JWS<br><br><br>NOTICE OF LODGING CORRECTED PROPOSED ORDER TO RELEASE PFD FUNDS |

Plaintiff, United States of America, through the United States Attorney for the District of Alaska, submits this notice of lodging corrected proposed order to release PFD funds.  The proposed order filed on December 15, 2006, Docket 52, was mistakenly filed with the incorrect dollar amount of $1,102.96.  The correct amount is $1,092.96.

/

RESPECTFULLY SUBMITTED this 28th day of December 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov
AK Bar No.: 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2006,
copy of the foregoing was served by first
class mail on

Christopher Medeiros
17423 Coranado, #1
Eagle River, AK 99577


s/Richard L. Pomeroy

United States v. Medeiros
Case No. 3:01-cr-040-JWS                    2