IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER J. MEDEIROS,<br><br>Defendant. | Case No. 3:01-cr-040-JWS<br><br><br>ORDER TO RELEASE PFD FUNDS |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,092.96 shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.

DATED: 2/8/2007

s/John W. Sedwick
JOHN W. SEDWICK
JUDGE U.S. DISTRICT COURT